UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

**DANIEL L. HANSON,**
    Petitioner,

v.                 Case No. 13-cv-0896
                   Appeal No. 14-3247
**TIM HAINES, Warden,**
**Prairie du Chien Correctional Institution,**
    Respondent.

_____

## ORDER

    After I denied pro se petitioner Daniel Hanson's federal habeas petition, he filed a notice of appeal, and I granted him leave to proceed in forma pauperis on appeal. He then filed a "motion to stay issuance of the mandate and request for reconsideration." Since he filed this motion, the Seventh Circuit denied his request for a certificate of appealability in this case, thus his mooting his motion. Further, having reviewed petitioner's motion, I see no basis for reconsidering my initial decision.

    **THEREFORE, IT IS ORDERED** that the petitioner's motion to stay and for reconsideration (ECF No. 92) is **DENIED**.

    Dated at Milwaukee, Wisconsin, this 20th day of March, 2015.

                       s/ Lynn Adelman
                       _____
                       LYNN ADELMAN
                       District Judge