UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

**DANIEL L. HANSON,**
          Petitioner,

v.                                                                Case No. 13-cv-0896

**TIM HAINES, Warden,**
Prairie du Chien Correctional Institution,
          Respondent.
_____

## ORDER

I denied Daniel Hanson's petition for habeas corpus in this case, and the Seventh Circuit denied petitioner's request for a certificate of appealability February 27, 2015. Petitioner now requests the return of certain documents, which he describes as "originals, maps, [and] photos." Because petitioner's appeal in this case is final, I will grant his motion.

**THEREFORE, IT IS ORDERED** that the petitioner's motion to have original documents returned to him (ECF No. 96) is **GRANTED**. The Clerk of Court shall return original maps and photos submitted with ECF No. 11 to petitioner.

Dated at Milwaukee, Wisconsin, this 24th day of March, 2015.

                                                               s/ Lynn Adelman
                                                                _____
                                                                LYNN ADELMAN
                                                                District Judge